In re Richard W. NEILL, Stephanie Mitchko, Peter Caramanica, CSC Holdings, LLC, Appellants.

No. 2015–1431.

United States Court of Appeals, Federal Circuit.

March 9, 2016.

Robert Kelsey Kry, MoloLamken LLP, Washington, DC, argued for appellants. Also represented by Jeffrey A. Lamken; Gerald Meyer, Chicago, IL; Pauline Pelletier, Robert Evan Sokohl, Jon Wright, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC.

Brian Racilla, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Thomas W. Krause, Jeremiah Helm, Lore A. Unt.

MOORE, MAYER, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**